# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| HARRY FRED SCOTT, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 9:15-CV-00142-MHS |
| | § | |
| v. | § | |
| | § | |
| CROCKETT INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS
## OF UNITED STATES MAGISTRATE JUDGE

This case was assigned to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 05-07. Pending before the court is Defendant Crockett Independent School District's (CISD) "Motion to Dismiss Pursuant to 28 U.S.C. § 1915(e) and Federal Rule 12(b)(6)." (Doc. No. 15.) The magistrate judge filed a report recommending that the court grant CISD's motion. (Doc. No. 37.) No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed. Furthermore, the court's independent review confirms that the magistrate judge's analysis is correct.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 37) is **ADOPTED**; and CISD's "Motion to Dismiss Pursuant to 28 U.S.C. § 1915(e) and Federal Rule 12(b)(6)" (Doc. No. 15) is **GRANTED**. Plaintiff Harry Scott may file an amended complaint to cure the deficiencies identified by the magistrate judge.

**Should Scott choose to amend his complaint, he must do so by <u>4:00 p.m. on Friday, August 12, 2016</u>.**

**SIGNED this 28th day of July, 2016.**

                                                                             *[signature]*
                                                    MICHAEL H. SCHNEIDER
                                                    UNITED STATES DISTRICT JUDGE